| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, SBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RANDY BERNSTINE, | ) | |
| Plaintiff, | ) | CIVIL NO. 05-03397 EMC |
| v. | ) | STIPULATION AND ORDER |
| | ) | APPROVING COMPROMISE |
| JO ANNE B. BARNHART, | ) | SETTLEMENT OF ATTORNEY |
| Commissioner of Social Security, | ) | FEES PURSUANT TO THE EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| Defendant. | ) | |
| _____ | ) | |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay THREE THOUSAND FOUR HUNDRED DOLLARS ($3,400.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

> JAMES H. MILLER
> BOX 10891 GRAND LAKE STATION
> OAKLAND, CA 94610
> (510) 451-2132 fax: 0824

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

1 Act.

2     3. Payment of the THREE THOUSAND FOUR HUNDRED DOLLARS ($3,400.00) EAJA
3 fees incurred in this court action, will constitute a complete release from and bar to any and all
4 claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the
5 EAJA, or costs as a result of this court action.

Dated: July 26, 2006
        /s/
    JAMES HUNT MILLER
    Attorney for Plaintiff

    KEVIN V. RYAN
    United States Attorney

Dated: July 26, 2006     By:   /s/
    SARA WINSLOW
    Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: December 4, 2006



EDWARD M. CHEN
United States Magistrate Judge

BERNSTINE, EAJA STIP ()
C 05-03397 EMC         2